UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-14007-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),
vs.

FRANK PIERRE, #94272-004

    Defendant(s).
_____/

MINUTES - CRIMINAL TRIAL
TIME: 5 Hours

| | |
|---|---|
| **Date:** | **March 4, 2010** |
| AUSA: | Jennifer C. Millien |
| Defense Counsel: | Fred Haddad |
| Deputy Clerk: | Robin Godwin |
| Reporter: | Judy Shelton |

Closing Arguments

Jury Deliberations

Judgment of Not Guilty as to Count Six (6)

Judgment of Guilty as to Counts One (1) and Five (5)

Sentencing set for June 7, 2010 at 10:30 a.m.