

FILED BY ___ D.C.
MAY 24 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Judge Micheal K. Moore      09-CR-14007-KMM

I do not know what motion to use, in order to address this court. So I am writing this letter to be used as the court seems fit. I was a witness for the state attorney (Aleathea McRoberts of the West Palm Beach Courthouse (561) 355-7117) in the case against Taurus Turnquest charged with First Degree Murder with a Firearm. Before I commited myself to the case, I informed the state attorney that I had to have permission by my prosecutor (AUSA Jennifer Nucci) in order to take part in the case. I also contacted my attorney Fred Haddad to inform him on what was taking place. State attorney Aleathea McRoberts told me (by way of phone calls from U.S.P. Coleman II, which are recorded) that she spoke to AUSA Jennifer Nucci and I was given permission to be a witness in the case against Taurus Turnquest. So in good faith I commited myself and I was deposed at length by the defense and was made a witness. I was transported to the West Palm Beach Jail on a writ, to testify on behalf of the state prosecutor's office. That took place March 28, 2018 thru July 17, 2018. Now that the case is over, I have not heard anything concerning my cooperation, nor have I recieved any credit.

Respectfully,
Frank Pierre
94272-004

Frank Pierre # 94373-004
Federal Correctional Complex
U.S.P. Coleman II
P.O. Box 1034
Coleman, Florida 33521

33128-771899

TAMPA FL 335
SAINT PETERSBURG FL
22 MAY 2019 PM 6 L

Attn: Judge Micheal K. Moore
U.S. District Court
400 N. Miami Ave
Miami, Florida
33128