UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 09-14007CR-MOORE/LYNCH

UNITED STATES OF AMERICA

-vs-

FRANK PIERRE,
        Defendant.
_____/

### RENEWED NOTICE OF UNRESOLVED MOTION

COMES NOW the Defendant, Frank Pierre, by the undersigned counsel and would respectfully give Notice of an unresolved Motion in this matter and would advise as follows:

1.      The Defendant was tried, convicted and sentenced to life imprisonment upon count one and 40 years upon count two on the charges for which he was indicted.

2.      The convictions were affirmed by the United States Court of Appeals for the Eleventh Circuit [D.E. 486] and the United States Supreme Court denied Certiorari [D.E. 500].

3.      Mr. Pierre filed various pro se motions as well as a 28 U.S.C. 2255 Motion [D.E. 554].

4.      In June of 2019 Mr. Pierre filed a Motion to Receive Credit for Cooperation [D.E. 628], which, after Response by the Government [D.E. 632], was denied by the Court on July 3, 2019 [D.E. 633].

5.      Thereafter, on August 6, 2019, the Defendant, through counsel, filed a

Motion for Retroactive Two Level Reduction [D.E. 634], under Amendment 782 of the sentencing guidelines, together with a Memorandum in Support thereof [D.E. 635].

6.      The Court ordered responses by the Government [D.E. 636], which the Government filed, and it opposed the Defendant receiving the 782 benefit.  This was filed on August 19, 2018 [D.E. 637].

7.      Due to the Government's response being served somehow to an email address for the undersigned that was no longer in use the Defendant's Reply to the Government's Response was filed on September 17, 2019 [D.E. 638], which only adopted anew the Motion.

8.      That to date there has not been a ruling on the Motion and the Defendant respectfully would just notify the Court that the matter is outstanding.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of March, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record listed in the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## <u>SERVICE LIST</u>

Jennifer Nucci, Esq.
Office of the United States Attorney
505 S. Second Street, Suite 200
Fort Pierce, Florida 34950

FRED HADDAD, P.A.
315 S.E. 7th Street, Suite 301
Fort Lauderdale, Florida 33301
Tel:   [954] 467-6767
Fax:   [954] 467-3599

By:   _____*/s/FredHaddad*_____
FRED HADDAD
Florida Bar No. 180891
Dee@FredHaddadLaw.com