note: This is a letter to the judge. Not a motion. Thank you.

09CV14007

FILED BY_____D.C.
OCT 22 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

10/17/2021

Judge K. Michael Moore,

I am addressing your honor in this letter in a plea for another chance. I am apologetic for my actions and I ask for mercy. I have not been idle in my time in prison. I have taken up classes, maintained a constant work history, and worked on myself at making better decisions, improving my education, and keeping away from harmful or unlawful activity. I still have a strong relationship with my family. Both of my sons are currently attending college (LSU and FSU). Your honor with COVID-19 and everything else happening in the world, i am afraid at how my future (my mortality) will be affected. I do have alot of underlining conditions (Obesity, Diabetes, Hypertension, etc...) So with that being said I am begging for another opportunity to prove that I am a better person then the one that entered your courtroom in 2009. I will be a productive, responsible citizen of this society. I am truly sorry for any harm, hurt, or any person that I may have offend in any way. Another chance at Life is what I am asking-

– for Your honor. I place myself at the mercy of the court and I pray to GOD that I may be given the chance that I seek.

Frank Pierre #94973-004
Federal Corection Complex
Coleman - Medium
P.O. Box 1032
Coleman, Florida 33521

Att: Judge K. Michael Moore
United States District Court
Southern District of Florida
Office of the Clerk. Room 8N09
400 North Miami Avenue
Miami, Florida 33128

USMS INSPECTED RECEIVED
OCT 22 2021
12:31 PM

TAMPA FL 335
SAINT PETERSBURG FL
19 OCT 2021 PM 3
FOREVER USA

33128-180549